# SHIRLEY & ANDREA SHEPARD

**455 West 34th Street, Suite 10A, New York, N.Y. 10001-1541**

**(212) 695-1487**



10/30/03 #1 Opening

10/30 #2

10/30 #3

10/30 #4

10/30 #5

10/30 #6

10/30 #7

11/3 #1 Jane Farrell

11/3 #2 Susan Toepfer

11/3 #3 Toepfer

11/3 #4

11/5 #1 Cindy Spengler

11/5 #2 Spengler

11/5 #3

11/5 #4 Dan Brewster

11/5 #5 Brewster

11/6 #1 Brewster

11/6 #2 Dan Rubin

11/6 #3 Kenneth Collins

11/6 #4 Rosie O'Donnell

11/6 #5 O'Donnell

11/6 #6 O'Donnell

11/7 #1 O'Donnell

11/7 #2 O'Donnell

COPYRIGHT 2003 SHEPARD, NOT FOR REPRODUCTION INCLUDING PHOTOGRAPHS

# SHIRLEY & ANDREA SHEPARD
### 455 West 34th Street, Suite 10A, New York, N.Y. 10001-1541
### (212) 695-1487



11/7 #3 O'Donnell    11/7 #4 O'Donnell    11/7 #5 Marybeth Dulaney    11/7 #6 O'Donnell

11/10 #1    11/10 #2    11/10 #3    11/10 #4

11/10 #5    11/10 #6    11/10 #7    11/12 #1

11/12 #2    11/12 #3    11/12 #4

Please call us to discuss your preferences for your custom made sketch. You can select elements from any of the sketches to be incorporated into your sketch. A photo enlargement would be from the original.

COPYRIGHT 2003 SHEPARD, NOT FOR REPRODUCTION INCLUDING PHOTOGRAPHS