39 PASTEL 19.5in x 25.5in COURTROOM SKETCHES OF ROSIE O'DONNELL TRIAL
AIRED ON TELEVISION BROADCASTS 10/30/03 THRU 11/12/03

Case 1:04-cv-07058-MBM   Document 1-4   Filed 09/02/04   Page 1 of 3

PAGE 1 of 7

TITLE: ROSIE O'DONNELL TRIAL PASTEL COURTROOM SKETCHES




AME: RO310301, IMAGE: 1, 10/30/03 (PUBLIC DATE) #1,  ORIG SIZE OF EACH IMAGE: 19.5in x 25.5in;  RO310302   2  10/30/03  #




O310303   3  10/30/03  #3           RO310304    4   10/30/03  #4








O310307  7  10/30/03  #7



RO311031  8  11/3/03  #1



O311032  9  11/3/03  #2



RO311033  10  11/3/03  #3



0311034  11  11/3/03  #4



RO311051  12  11/5/03  #1

39 PASTEL 19.5in x 25.5in COURTROOM SKETCHES OF ROSIE O'DONNELL TRIAL
AIRED ON TELEVISION BROADCASTS 10/30/03 THRU 11/12/03

PAGE 3 of 7

311052   13   11/5/03   #2



RO311053   14   11/5/03   #3



311054   15   11/5/03   #4



RO311055   16   11/5/03   #5



11061   17   11/6/03   #1



RO311062   18   11/6/03   #2