**39 PASTEL 19.5in x 25.5in COURTROOM SKETCHES OF ROSIE O'DONNELL TRIAL AIRED ON TELEVISION BROADCASTS 10/30/03 THRU 11/12/03**

Case 1:04-cv-07058-MBM  Document 1-5  Filed 09/02/04  Page 1 of 4

PAGE 4 of 7



O311063  19  11/6/03  #3



RO311064  20  11/6/03  #4



O311065  21  11/6/03  #5



RO311066  22  11/6/03  #6



O311071  23  11/7/03  #1



RO311072  24  11/7/03  #2

**39 PASTEL 19.5in x 25.5in COURTROOM SKETCHES OF ROSIE O'DONNELL TRIAL
AIRED ON TELEVISION BROADCASTS 10/30/03 THRU 11/12/03**

Case 1:04-cv-07058-MBM   Document 1-5   Filed 09/02/04   Page 2 of 4

**PAGE 5 of 7**



O311073   25   11/7/03   #3



RO311074   26   11/7/03   #4



O311075   27   11/7/03   #5



RO311076   28   11/7/03   #6



O311101   29   11/10/03   #1



RO311102   30   11/10/03   #2

**39 PASTEL 19.5in x 25.5in COURTROOM SKETCHES OF ROSIE O'DONNELL TRIAL
AIRED ON TELEVISION BROADCASTS 10/30/03 THRU 11/12/03**

Case 1:04-cv-07058-MBM   Document 1-5   Filed 09/02/04   Page 3 of 4

PAGE 6 of 7



RO311103   31   11/10/03   #3



RO311104   32   11/10/03   #4



RO311105   33   11/10/03   #5



RO311106   34   11/10/03   #6



RO311107   35   11/10/03   #7



RO311121   36   11/12/03   #1

39 PASTEL 19.5in x 25.5in COURTROOM SKETCHES OF ROSIE O'DONNELL TRIAL AIRED ON TELEVISION BROADCASTS 10/30/03 THRU 11/12/03

PAGE 7 of 7

Case 1:04-cv-07058-MBM   Document 1-5   Filed 09/02/04   Page 4 of 4





O311122  37  11/12/03  #2

RO311123  38  11/12/03  #3



O311124  39  11/12/03  #4