UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------- x
SHIRLEY SHEPARD,                        :   ECF CASE
and ANDREA SHEPARD,                     :
                                        :   04-CV-7058 (MBM) (FM)
              Plaintiffs,               :
                                        :
      -against-                         :
                                        :
ROSIE O'DONNELL,                        :
                                        :
              Defendant.                :
                                        :
---------------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 2, 2004, I caused a true copy of the Summons and Complaint, with exhibits, in the above-captioned action to be served by hand on Lorna Schofield, Esq., Debevoise & Plimpton, 919 Third Avenue, New York, NY, 10022, counsel for defendant Rosie O'Donnell, who consented to accept service of the summons and complaint in this action on behalf of defendant Rosie O'Donnell.

                                                                                    /s/ Thomas M. Mullaney
                                                                                 Thomas M. Mullaney (TM 4274)