```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SHIRLEY SHEPARD, and ANDREA         :
SHEPARD,                            :
                                    :
                Plaintiffs,         :   04 Civ. 7058(MBM)
                                    :
                                    :
    -against-                       :   ORDER
                                    :
ROSIE O'DONNELL,                    :
                                    :
                Defendants.         :
-----------------------------------X
```

MICHAEL B. MUKASEY, U.S.D.J.

On defendant's application, and on plaintiffs' consent, the time in which defendant is to answer or move with respect to the complaint is extended to October 27, 2004.

An initial conference will be held on November 19, 2004 at 9:15 A.M. in Room 21B of the United States District Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

*[signature]*

Michael B. Mukasey,
U.S. District Judge

Dated: New York, New York
       October 22, 2004