```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHIRLEY SHEPARD, and ANDREA         :
SHEPARD,                            :
                                    :
              Plaintiffs,           :   04 Civ. 7058(MBM)
                                    :
      -against-                     :   ORDER
                                    :
ROSIE O'DONNELL,                    :
                                    :
              Defendants.           :
------------------------------------X
```

MICHAEL B. MUKASEY, U.S.D.J.

On the parties' application on November 4, 2004, the above-captioned case will be referred to Magistrate Judge Maas for settlement purposes. Acccordingly, the parties will adhere to the following schedule:

(1) The parties will advise the Court, in writing, by December 10, 2004 as to whether this action can be settled. Absent a settlement, an initial conference will be held on December 17, 2004 at 9:15 A.M. in Room 21B of the United States Courthouse, 500 Pearl Street, New York 10007.

(2) The time in which defendant is to answer or move with respect to the complaint is extended to December 23, 2004.

SO ORDERED:

*[signature]*

Michael B. Mukasey,
U.S. District Judge

Dated: New York, New York
       November 11, 2004