UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

*Shepard, et. al.*                                          :       04   Civ. 7058 MBM (FM)

                Plaintiff(s),                    :       ORDER OF DISCONTINUANCE

        -against-                                    :

*O'Donnell*                                                 :

                Defendant(s).                    :
------------------------------------------------------------x

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:  New York, New York
           November 29, 2004

                                                                _____
                                                                Frank Maas
                                                                United States Magistrate Judge

_____                   _____
Attorney(s) for Plaintiff                                       Attorney(s) for Defendant
Thomas M. Mullaney                                        LORNA G. SCHOFIELD
Joseph Tacopina

Agreed and Consented to:                                 Agreed and Consented to:

Shirley Shepard  x /s/ Shirley Shepard

              x /s/ Andrea Shepard                              /s/ Burtt M. Young

Andrea Shepard                                                    B. Young, Bus. Mgr.
                                                                       x _____